IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SERGIO OCHOA LOPEZ,**<br><br>Defendant. | **16-po-5137-JTJ**<br>**VIOLATIONS:**<br>**6027440**<br>**6027445**<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the fine in this case for violation number 6027440 is $200.00 and a $30.00 processing fee and for violation number 6027445, a fine amount of $100.00 and a $30.00 processing fee for a total amount of $360.00;

IT IS FURTHER ORDERED that the defendant shall pay the fine amount of $360.00 on or before October 20, 2016. Payments should be mailed to the following address:

    Clerk of Court
    United States District Court
    Missouri River Courthouse
    125 Central Avenue West, Suite 110
    Great Falls, MT 59404

The check should be made out to the Clerk, U.S. District Court;

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for September 22, 2016, is VACATED.

DATED this 19th day of September, 2016.

_____
John Johnston
United States Magistrate Judge